FILED _____ LODGED
_____ RECEIVED

AUG 31 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LAKHEATHA JONES, | Case No. 3:10-cv-05866-RBL |
| Plaintiff, | |
| vs. | ORDER |
| RENTON COLLECTIONS, INC., | |
| Defendant. | |

IT IS HEREBY ORDERED that the parties Amended Stipulation for Dismissal with Prejudice is hereby GRANTED.

DATED this 31st day of August, 2011.

_____
Honorable Ronald B. Leighton
United States District Judge

10-CV-05866-ORD

1